# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 11-03013-01-CR-S-RED |
| ) | |
| SAMUEL JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One, Two, Three, Four, Five and Six of the Indictment filed on March 3, 2011, is now Accepted and the Defendant is Adjudged Guilty of such offenses. Sentencing will be set by subsequent Order of the Court.

                                                              S/ Richard E. Dorr
                                                                     RICHARD E. DORR
                                              UNITED STATES DISTRICT JUDGE

Date: May 24, 2011.